**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MATTHEW ARCHIBALD**                                                                 **PLAINTIFF**

**V.**                                    **CASE NO. 5:19-CV-214-JM-BD**

**DOE**                                                                                 **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.**    **Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James

M. Moody Jr. Mathew Archibald may file written objections with the Clerk of Court. To

be considered, objections must be filed within 14 days. Objections should be specific and

should include the factual or legal basis for the objection.

If Mr. Archibald does not file objections, he risks waiving the right to appeal

questions of fact. And, if no objections are filed, Judge Moody can adopt this

Recommendation without independently reviewing the record.

**II.**    **Discussion**

Mr. Archibald filed his complaint in this civil rights lawsuit on June 28, 2019,

while detained in the Drew County Detention Facility. (Docket entry #1) He did not pay

the civil filing fee or submit an application to proceed *in forma pauperis* (IFP). On July 1,

2019, the Clerk of Court sent Mr. Archibald an IFP application, and the Court ordered

him to file a completed IFP application or pay the filing fee within 30 days. (#2)

To date, Mr. Archibald has failed to respond to the Court's July 1 Order, and the

time allowed for addressing the filing fee requirement has passed. The Court specifically

cautioned Mr. Archibald that his claims could be dismissed if he failed to pay the filing

fee or file an application to proceed IFP.

**III.    <u>Conclusion</u>**

The Court recommends that Mr. Archibald's claims be DISMISSED, without

prejudice, based on his failure to comply with the Court's July 1, 2019 Order.

DATED, this 1st day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE