IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MATHEW ARCHIBALD**                                                            **PLAINTIFF**

V.                 **CASE NO. 5:19-cv-214-JM-BD**

**DOE**                                                                     **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Archibald's claims are DISMISSED, without prejudice, based on his failure to pay the filing fee or request *in forma pauperis* status, as required by the Court's July 1, 2019 Order.

IT IS SO ORDERED, this 20th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE