IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW ARCHIBALD                                                    PLAINTIFF

V.              CASE NO. 5:19-cv-214-JM-BD

DOE                                                                       DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 20th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE